AO 243 (Rev. 01/15)                                                   Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Court Middle District of Florida** |
|---|---|
| Name *(under which you were convicted)*: **TAVARES FELTON** | Docket or Case No.: **2:15-cr-Ftm-38CM** |
| Place of Confinement: **POST OFFICE BOX 150160/ATLANTA,GA,30315** | Prisoner No.: **62600-018** |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
| V. **TAVARES FELTON** | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   **UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA**
   **2110 FIRST STREET, ROOM 2-192/FORT MYERS, FL, 33901**

   (b) Criminal docket or case number (if you know): **2:15-cr-Ftm-38CM**

2. (a) Date of the judgment of conviction (if you know): **APRIL 18, 2016/**
   (b) Date of sentencing: **APRIL 18, 2016**

3. Length of sentence: **188 MONTHS**

4. Nature of crime (all counts):
   1. Knowingly and intentionally possess with intent to distribute 100 grams or more of mixture or substance containing a detectable amount of heroin, in violation of 21 U.S.C.841(a)(1),841(b)(1)(B),and 18 U.S.C.2; Count Two knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, in violation of 21 U.S.C.841(a)(1)(B)(i),and 18 U.S.C.2; Count Three knowingly and intentionally possess with the intent-**SEE ATTACHMENT SHEET**---

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐      (2) Guilty ☒      (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☐

*FILED 17 JAN -6 PM 1:18 CLERK, MIDDLE DISTRICT FT. MYERS, FLORIDA*

**ATTACHEMENT SHEET CONTINUE PAGE ONE**

to distribute a substance containing a detectable amount of Alprazolam, in violation of 21 U.S.C.(a)(1),841(b)(@),and 18 U.S.C.2,and Court Four knowingly and intentionally possess a Sig Sauer of 5.56mm rifle bearing serial number Ho9120544 with ammunition,a quantity of 223 ammunition and a quantity of 9 mm ammunition,in violation of 18 U.S.C.922(g)(1), 924(e)(1),and 2,after having previously been convicted of prior possession of drugs offenses.

AO 243 (Rev. 01/15)                                                                                              Page 3

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____

       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 4 of 13 PageID 114
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 4 of 13 PageID 95

AO 243 (Rev. 01/15) Page 4

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐
(2) Second petition:  Yes ☐   No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 5 of 13 PageID 115
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 5 of 13 PageID 96

AO 243 (Rev. 01/15) Page 5

GROUND ONE: <u>PETITIONER COUNSEL'S WAS INEFFECTIVE OF COUNSEL'S ALONG WITH A CONFLICT OF INTEREST BY FAILING TO FILE A NOTICE OF APPEAL UPON THE PETITIONER TO DO SO.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
After the court denied the petitioner hearing to suppress the evidence the petitioner requested to counsel's Douglas Molly and Manubir S.Arora to file an appeal on the court order denying the petitioner relief. Counsel's failure to follows the petitioner instruction to seek for appellate review created a conflict of interest in which had an adverse affect on counsel's performance, and denied the petitioner of his right to effective assistance of counsel at a critical of the proceeding. After the petitioner sentence petitioner forward counsel a letter making an inquiry on the status on the appeal, but to no avail counsel's refuse to acknowledge the petitioner. The facts clearly establish that the petitioner has been denied counsel's at a critical stage of the proceeding.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

<u>Because counsel's had failed to file a notice of appeal upon my request to do so.</u>

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 6 of 13 PageID 116
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 6 of 13 PageID 97

AO 243 (Rev. 01/15)                                                                                     Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: **PETITIONER COUNSEL'S FAILURE TO CALL MATERIAL WITNESSES WHO HELD EXCULPATORY INFORMATIONS AT THE SUPPRESSION HEARING TO EXONERATE THE PETITIONER THAT HE DID NOT POSSESS THE GUNS IN WHICH PETITIONER PLEA GUILTY** Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel's ineffectiveness created a conflict of interest by failing to pursue plausible altrategy that would have exculpated the petitioner at the suppression hearing by failing to call material witnesses at testify at the hearing. Prior to the hearing an investigator for the defense who had investigated and interview witnesses. One witness in particular the petitioner grandmother who provide the investigator with exculpatory informations that the guns found in her home belonged to her late husband who passed away. Counsel's had proffer before the court that they would call five witnesses on the petitioner behalf. The acknowledge it it order of the deficient performance of counsel's by not calling the witnesses to testify before the hearing. Counsel's had failed to as for a continuation to have the arresting officer present at the hearing where the petitioner was unable to cross-examine the witness,where the officer report was read by other officer's deprived the petitioner of effective assistance of counsel.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Because had failed to honor the petitioner request to appeal the suppression hearing.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 7 of 13 PageID 117
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 7 of 13 PageID 98

AO 243 (Rev. 01/15)                                                                                         Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** **PETITIONER IS ACTUAL INNOCENCE OF POSSESSION OF THE GUNS WHERE PLEA WAS BASED UPON COUNSEL'S CONFLICT OF INTEREST AND INEFFECTIVENESS SEEKING TO WITHDRAW THE PLEA.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The identified inactions and omissions of counsel's denied the petitioner of a fair hearing at the suppression hearing, where the petitioner moves that the court to withdraw the guilty plea, because the petitioner is actual innocence of the guns possession. The petititioner guilty plea was unintelligent and involuntory, because the crime in which the petitioner pleaded guilty to was cercion by plea counsel's. Petitioner was denied his rights to effective assistance of counsel where counsel's had conflict of interest representing the petitioner that had an adverse affect on their performance to allow the petitioner to plea guilty where the evidence establish that the petitioner did not owe the guns.

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 8 of 13 PageID 118
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 8 of 13 PageID 99

AO 243 (Rev. 01/15)                                                                                    Page 8

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Because counsel's was ineffective of counsel and had a conflict of interest during the criminal proceedings denied the right to appeal

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available):

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 9 of 13 PageID 119
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 9 of 13 PageID 100

AO 243 (Rev. 01/15)                                                                     Page 9

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

**GROUND FOUR: COUNSEL'S WAS INEFFECTIVE DURING THE SENTENCE PHASE BY FAILING TO NO THE LAW BY CHALLENGING A ERRINEROUS ENHANCEMENT OF THE PETITIONER SENTENCE.**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Prior to the sentencing phase counsel's has failed to do any investigation and prepare for sentence. Prior to the petitioner sentence the petitioner forward a letter to counsel's to challenge the petitioner prior convictions. In a respond to the petitioner letter counsel's alleges that he has no knowledge of the State law, and that the petitioner was facing a mandatory sentence on two prior convictions. The two prior convictions in which the court used to enhance the petitioner sentence:(1) Crime Trafficking in illegal drugs, and (2) Crime Trafficking in illegal drugs. The State statute of the Crime Trafficking in illegal drugs only spoke on the statutory but not the numerates listed in the statute. Counsel's was unfamilar with the State law, and had failed to object to the presentence report based upon counsel's being unfamilar with the law amounted to the petitioner being denied counsel's at a critical stage of the proceedings. The petitioner have a right to effective assistance of counsel under the Sixth Amendment of the United States Constitution.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Because counsel's was ineffective entirely during the critical stages of the proceedings:(1) Failing to file a notice of appeal;(2) failing to call material witnesses to testify, and (3) allow the petitioner to plea guilty to a crime that he did not comit.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 10 of 13 PageID 120
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 10 of 13 PageID 101

AO 243 (Rev. 01/15)             Page 10

   (3) Did you receive a hearing on your motion, petition, or application?

       Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

       Yes ☐    No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

       Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

Case 2:16-cv-00884-SPC-NPM Document 10 Filed 01/06/17 Page 11 of 13 PageID 121
Case 2:16-cv-00884-SPC-CM Document 7-1 Filed 12/14/2016 Page 11 of 13 PageID 102

AO 243 (Rev. 01/15) Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing:
   (1) Manny Arora/75 West Wieuca Road NE, Atanta, Georgia, 30342
   (2) Douglas Molloy's/1411 Bayview Court/Fort Myers, FL, 33901

   (b) At the arraignment and plea:
   BOTH COUNSEL'S DURING THE ARRAIGMENT AND THE PLEA HEARING.

   (c) At the trial:

   (d) At sentencing:
   BOTH VOUNSEL'S AT THE SENTENCING HEARING

   (e) On appeal:
   NONE

   (f) In any post-conviction proceeding:
   NONE

   (g) On appeal from any ruling against you in a post-conviction proceeding:
   NONE

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 12 of 13 PageID 122
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 12 of 13 PageID 103

AO 243 (Rev. 01/15)                                                                                          Page 12

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Case 2:16-cv-00884-SPC-NPM   Document 10   Filed 01/06/17   Page 13 of 13 PageID 123
Case 2:16-cv-00884-SPC-CM   Document 7-1   Filed 12/14/2016   Page 13 of 13 PageID 104

AO 243 (Rev. 01/15)                                                                                          Page 13

Therefore, movant asks that the Court grant the following relief:

**DECLARE THE FOLLOWING: (1) THAT THE PETITIONER COUNSEL'S WAS INEFFECTIVE FAILING TO APPEAL;(2) FAILED TO CALL MATEIRAL WITNESSES,AND(3) FAILING TO CHALLENGE THE SENTENCE IN WHICH AFFORD THE PETITIONER RELIEF.**

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on **DECEMBER 27,2016**
(month, date, year)

Executed (signed) on **DECEMBER 27,2016**   (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.