UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAVARES FELTON,

    Petitioner,

v.                                            Case No: 2:16-cv-884-FtM-38CM

USA,

    Respondent.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Petitioner's Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* (Doc. 34) filed on April 24, 2018. Although not the model of clarity, it appears that Petitioner wishes to file a Notice of Appeal in connection with a public records request he made to the Fort Myers Police Department.

Accordingly, it is now

**ORDERED:**

In the abundance of caution, the Clerk shall re-docket Petitioner's Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* (Doc. 34) as a notice of appeal and forward it to the Eleventh Circuit Court of Appeals.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record